**United States District Court**
For the Northern District of California

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GIOVANNETTI,

        Plaintiff,

        v.

TRUSTEES OF THE CALIFORNIA
STATE UNIVERSITY,

        Defendant.
_____/

No. C 04-5514 PJH

**ORDER VACATING MAY 4 HEARING
AND DENYING MOTION TO DISMISS**

        Before this court is plaintiff's amended complaint, filed on April 13, 2005.  In light of the filing of the amended complaint, the motion to dismiss the original complaint is DENIED and the May 4, 2005 hearing is VACATED.

        **IT IS SO ORDERED.**

Dated: April 20, 2005

                    _____/s/_____
                    PHYLLIS J. HAMILTON
                    United States District Judge