1  Paul A. Brisso, CSB# 81593
2  William F. Mitchell, CSB #159831
   MITCHELL, BRISSO, DELANEY & VRIEZE
   Attorneys at Law
3  814 Seventh Street
   P. O. Drawer 1008
4  Eureka, CA 95502
   (707) 443-5643
5
   Mr. Darryl Hamm, CSB#139576
6  University Counsel
   THE CALIFORNIA STATE UNIVERSITY
7  401 Golden Shore, 4th Floor
   Long Beach, CA 90802-4210
8  562-951-4500

9  Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. GIOVANNETTI, an individual,<br>　　　　Plaintiff,<br><br>vs.<br><br>TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (HUMBOLDT STATE UNIVERSITY), a public entity.<br><br>　　　　Defendants. | Case No.: C 04-5514 PJH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

Due to the fact that the law offices of plaintiff's counsel and defense counsel are located more than 250 miles apart, the parties hereby agree and stipulate, subject to the approval of this Court, to meet and confer by telephone, rather than in person, concerning the pending discovery dispute.

DATED:  December 14, 2005    JARET & JARET

By: ___/s/_____
    Phillip A. Jaret
    Attorneys for Plaintiff

DATED:  December 13, 2005    MITCHELL, BRISSO, DELANEY & VRIEZE

By: ___/s/_____
    Paul A. Brisso
    Attorneys for Defendant

* * * * *

ORDER

The request is GRANTED. However, should the parties not honor the spirit of the conferral requirement, the Court shall order in-person meetings for future disputes.

IT IS SO ORDERED.

DATED: January 4, 2006        _____
                              Magistrate Judge Maria-Elena James
                              United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

STIPULATION AND PROPOSED ORDER