United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH M. GIOVANNETTI, an individual,

    Plaintiff,

    v.

TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (HUMBOLDT STATE UNIVERSITY), a public entity,

    Defendant.

_____/

No. C 04-5514 PJH

**ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW AND MOTION TO CONTINUE TRIAL AND REFERRING CASE FOR SETTLEMENT CONFERENCE**

    Plaintiff's motion to continue the trial date, and the motion to withdraw as plaintiff's counsel, filed by the law offices of Jaret & Jaret, and Arthur R. Siegel, came on for hearing before this court on July 12, 2006. Plaintiff's counsel, Robert S. Jaret and Arthur R. Siegel, appeared at the hearing. Plaintiff Joseph M. Giovannetti was also present. Defendant appeared through its counsel, Paul A. Brisso. Having read the papers filed in conjunction with the motions and carefully considered the parties' arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS both motions, for the reasons stated at the hearing, and summarized as follows:

    1.    The motion to withdraw as plaintiff's counsel is GRANTED, counsel having set forth legitimate grounds for withdrawal. Plaintiff is hereby designated as a pro se litigant for all purposes, unless and until he is able to retain new counsel. To that end, all proceedings in the case shall be stayed for 30 days, in order to grant plaintiff sufficient time in which to retain new counsel. If no new counsel is appointed within 30 days, plaintiff must proceed pro se.

    2.    In view of the above, plaintiff's motion to continue the trial date is GRANTED,

and the current trial date of September 11, 2006 is VACATED.

3. The parties are ordered to attend a further case management conference on October 19, 2006, at which time the court will address the status of the case and set a new trial date, if applicable.

4. The case is hereby referred for random assignment to a Magistrate Judge, in order to schedule and conduct a settlement conference.  The settlement conference shall take place after the 30 day stay on proceedings has expired, and in no event later than October 19, 2006.  If plaintiff has been unable to retain new counsel in advance of the settlement conference, plaintiff must proceed pro se at the settlement conference.

**IT IS SO ORDERED.**

Dated: July 31, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge