UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH M. GIOVANNETTI | ) | |
| Plaintiff(s), | ) | No. C04-5514 PJH (BZ) |
| v. | ) | **NOTICE OF RECUSAL** |
| TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (HUMBOLDT STATE UNIVERSITY), | ) | |
| Defendant(s). | ) | |

I hereby recuse myself in the above action.

Dated: August 2, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MISC\Giovannetti.recusal.wpd

1