Paul A. Brisso, CSB# 81593
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
(707) 443-5643

Mr. Darryl Hamm, CSB#139576
University Counsel
THE CALIFORNIA STATE UNIVERSITY
401 Golden Shore, 4th Floor
Long Beach, CA 90802-4210
562-951-4500

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. GIOVANNETTI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (HUMBOLDT STATE UNIVERSITY), a public entity.<br><br>Defendants. | Case No.: C 04-5514 PJH<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The settlement conference scheduled in the above-entitled matter has been continued by Magistrate Vadas from September 19, 2006 to October 25, 2006. The Court had previously scheduled a follow-up Case Management Conference for October 19, 2006.

In view of the above, the parties agree and request to move the currently scheduled

///

///

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION AND PROPOSED ORDER

Case Management Conference to November 2, 2006.

DATED: October 4, 2006

MITCHELL, BRISSO, DELANEY & VRIEZE

By: *William F. Mitchell*
William F. Mitchell
Attorneys for Defendant

DATED: October 4, 2006

By: *Joseph M. Giovanetti*
Joseph M. Giovanetti, in pro per

\* \* \* \* \*

**ORDER**

**IT IS SO ORDERED.**

DATED: 10/5/06

_____
Phyllis J. Hamilton
United States District Judge

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION AND PROPOSED ORDER