United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH M. GIOVANNETTI,

    Plaintiff in Propia Persona,

vs.

TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (HUMBOLDT STATE UNIVERSITY) a public entity,

    Defendants.

No.  C 04-5514 PJH

ORDER APPOINTING SPECIAL ASSISTED SETTLEMENT CONFERENCE COUNSEL

The court having ordered that this case be assigned to the Assisted Settlement Conference Program, and plaintiff having requested and being in need of counsel to assist him or her in the settlement conference, and a volunteer attorney willing to be appointed for the limited purpose of representing plaintiff in the settlement conference having been located by the court,

IT IS HEREBY ORDERED THAT:

ANNE M. RUDOLPH is appointed as Special Assisted Settlement Conference Counsel. This appointment shall be pursuant to the terms of the Application and Declaration of Plaintiff to Participate in the Assisted Settlement Conference Program. This appointment and limited representation shall end upon the completion of the settlement conference and any follow-up activities agreed upon by the parties and the magistrate judge conducting the settlement conference, unless terminated earlier by the court.

Special Assisted Settlement Conference Counsel shall notify the court promptly upon the completion of the settlement conference and any follow-up activities.  The court shall then issue an

1 order relieving the Special Settlement Conference Counsel from his or her limited representation of
2 the plaintiff.  Thereafter, the attorney who has served as Special Settlement Conference Counsel will
3 only be permitted to represent the plaintiff upon order of the court if there is a signed written
4 agreement under which the attorney agrees to provide such legal services.
5     IT IS SO ORDERED.

Dated:  10/18/06    By: _____
    NANDOR J. VADAS
    United States Magistrate Judge

**United States District Court**
For the Northern District of California

2