UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| JOSEPH M. GIOVANNETTI,<br><br>    Plaintiff in Propia Persona,<br><br>    v.<br><br>TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (HUMBOLDT STATE UNIVERSITY), a public entity,<br><br>    Defendants.<br>_____/ | No. C 04-5514 NJV<br><br>**ORDER TERMINATING ASSISTED SETTLEMENT CONFERENCE** |

The above-entitled action was placed in the Assisted Settlement Conference Program. Upon the application by the Pro Se Plaintiff, special settlement conference counsel was designated to educate and assist the Pro Se Plaintiff in preparation for, participation in, and follow up to a settlement conference in this case.

The settlement conference has concluded and no further session or follow-up is contemplated. Accordingly, the court now removes this case from the Assisted Settlement Conference Program. This terminates any further responsibilities of settlement conference counsel in this case.

The court extends its thanks to the settlement conference counsel for her efforts in the Assisted Settlement Conference Program, furthering the administration of justice in the Northern

/ / /

/ / /

/ / /

District of California.

    IT IS SO ORDERED.

12/6/06                                    By: _____

Dated                                        Nandor J. Vadas

                                United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Joseph M. Giovannetti                                                     No. C 04-5514 PJH

V.                                                                                        CERTIFICATE OF SERVICE

Trustees of the California State
University System
(Humboldt State University)
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 8, 2006, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Joseph Giovannetti
1480 Ridgewood Drive
Eureka, CA 95503

RICHARD W. WIEKING, CLERK

By:/s/_____
         Deputy Clerk