1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   JOSEPH M. GIOVANNETTI,                    No. C 04-5514 NJV

12          Plaintiff,                         FINAL PRETRIAL ORDER

13          v.

14   TRUSTEES OF THE CALIFORNIA
     STATE UNIVERSITY
15   (HUMBOLDT STATE UNIVERSITY),

16          Defendant.
     _____/
17

18          Pursuant to Fed. R. Civ. P. 16 and Civ. L.R. 16-10(b), the following final pretrial order

19   is entered:

20          1.  TRIAL DATE:  March 26, 2007.

21          a.  Jury trial will begin on March 26, 2007 at 9:00 a.m. in Courtroom 205A, 2nd Floor,

22   514 H Street, Eureka, CA 95501.

23          b.  The length of the trial will be no more than five days.

24          2.  DISCOVERY

25   Discovery has been completed as of November 6, 2006.

26          3.  MOTIONS

27   All dispositive motions have been heard as of November 6, 2006.

28          / / /

United States District Court

For the Northern District of California

**United States District Court**
For the Northern District of California

1   4.  FINAL PRETRIAL CONFERENCE

2       a.  A final pretrial conference shall be held on February 27, 2007 at  2:30 p.m. in

3   Courtroom 205A, 2nd Floor.  Each party shall attend personally or by counsel who will try the

4   case.

5       On or before January 26, 2007 the parties shall:

6           (i)  serve and file their pretrial statement.

7       The pretrial statement shall include the disclosures required by Fed. R. Civ. P. 26(a)(3)

8   as well as the following:

9           1)  Witnesses to be Called

10          2)  Exhibits, Schedules and Summaries

11          3)  Use of Discovery Responses at Trial

12          4)  Any other concerns of the parties

13          5)  At the same time that the parties file their joint pretrial statement they shall

14      also:

15          a)      Serve and file trial briefs, which shall specify each cause of

16                  action and defense remaining to be tried along with a

17                  statement of the applicable legal standard (no opposition

18                  shall be filed);

19          b)      Serve and file motions in limine which shall be contained in one

20                  document.  Motions in limine will be decided at the Pretrial Conference.

21      6. Serve and file a list of excerpts from discovery that will be offered at trial, specifying

22  the witness, page and line references and whether the excerpt is to be offered in lieu of

23  testimony or as impeachment;

24      7. Serve and file a list of witnesses likely to be called at trial, in person or by deposition,

25  other than solely for impeachment or rebuttal, with a brief statement describing the substance

26  of the testimony to be given;

27      8. Serve and file a numerical list of exhibits (including demonstrative exhibits that may

28  be admitted into evidence but not those that are purely illustrative), with a brief statement

2

1  describing the substance and purpose of each exhibit and the name of the sponsoring witness;

2      9.  Exchange exhibits which shall be <u>premarked, tabbed</u> and <u>in binders</u> (plaintiff shall

3  use numbers and defendant shall use letters); and deliver the original and two duplicate sets

4  of all premarked exhibits to chambers (exhibits are not to be filed) at least one week before

5  trial.

6      (See Label)

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9              Case No. _____

10             Exhibit No.  _____

11             Date entered:  _____

12                    RICHARD W. WIEKING, Clerk

13             By:  _____

14                    Deputy  Clerk

15     10.  Serve and file proposed  joint voir dire questions and joint jury instructions.

16     11.  Serve and file a proposed verdict form which contains no reference to submitting

17  party.

18     12.  **One courtesy copy** of trial briefs and motions in limine shall be provided.

19     13.  No party shall be permitted to call any witness or offer any exhibit in its case in chief

20  that is not disclosed in these pretrial filings without leave of court and for good cause.

21     14.  **On or before  February 23, 2007**  counsel or parties shall serve and file any

22  opposition or objection to those items required in 1 through 11 above of this order.

23  Additionally, counsel or parties shall file any objections to the qualifications of expert witnesses

24  contained in the opposing party's witness list.  Objections not filed as required will be deemed

25  waived.  No replies shall be filed.  All motions and objections shall be heard at the

26  final pretrial conference unless otherwise ordered.

27  / / /

28  / / /

United States District Court

For the Northern District of California

3

**United States District Court**
For the Northern District of California

8. JURY TRIAL

a. Counsel shall submit an **agreed upon set** of voir dire questions to be posed by the court. Any voir dire questions on which counsel cannot agree may be submitted separately. Counsel will be allowed brief follow-up voir dire after the court's questioning.

b. The following jury instructions from the Manual of Model Civil Jury Instructions for the Ninth Circuit (1997 Edition) will be given absent objection: 1.01 - 1.12, 2.01 - 2.02, 3.01 - 3.03, 3.05 -3.08. The Ninth Circuit Manual of Model Jury Instructions is available on the website for the U.S. District Court for the Northern District of California at www.cand.uscourts.gov. Click on the 9th Circuit home page button at the lower left of the first screen and then choose the Manual from the list on the right hand side of the next screen. Counsel shall submit an agreed upon set of case specific instructions, using the Ninth Circuit Manual where appropriate. Do not submit duplicates of those listed above. Any instructions on which counsel cannot agree may be submitted separately. Each requested instruction shall be typed in full on a separate page with citations to the authority upon which it is based and a reference to the party submitting it. A **second blind copy** of each instruction and verdict form shall also be submitted omitting the citation to the authority and the reference to the submitting party.

9. All documents filed with the Clerk of the Court shall list the civil case number followed by the initials NJV. One copy shall be clearly marked **chambers** copy.

DATED: December 19, 2006

_____
NANDOR J. VADAS
United States Magistrate Judge

1

2

3
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
4

5
Joseph M. Giovannetti                                        No.  C 04-5514 NJV
6
V.                                                                 CERTIFICATE OF SERVICE
7
Trustees of the California State
8 University System
(Humboldt State University)
9 _____/

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.
11
That on December 19, 2006, I SERVED a true and correct copy of the attached, by placing
12 said copy in a postage paid envelope addressed to the person(s) listed below, by depositing
said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle
13 located in the Office of the Clerk.

14
Joseph Giovannetti
15 1480 Ridgewood Drive
Eureka, CA 95503
16

17                                                RICHARD W. WIEKING, CLERK

18
By:/s/_____
19                                                          Deputy Clerk

20

21

22

23

24

25

26

27

28

5