1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9
JOSEPH M. GIOVANNETTI,                    No. C-04-5514 PJH
10
         Plaintiff,                       PRETRIAL ORDER
11
         v.
12
TRUSTEES OF THE CALIFORNIA
13   STATE UNIVERSITY (HUMBOLDT
     STATE UNIVERSITY), a public entity,
14
         Defendants.
15   _____/

16       Following a hearing in this matter on February 27, 2007, IT IS ORDERED THAT:

17   The March 26, 2007 jury trial date is hereby vacated.  Pretrial is scheduled for August 7, 2007

18   at 9:00 a.m. and jury trial for October 15, 2007 at 9:00 a.m. before Magistrate Judge Nandor

19   J. Vadas in Courtroom 205 A, 2nd Floor, 514 H Street, Eureka, California.

20   Date:  February 28, 2007

21                                        _____
                                          NANDOR J. VADAS
22                                        United States Magistrate Judge

23
24
25
26
27
28

**United States District Court**
For the Northern District of California