Paul A. Brisso, CSB# 81593
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
(707) 443-5643

Mr. Darryl Hamm, CSB#139576
University Counsel
THE CALIFORNIA STATE UNIVERSITY
401 Golden Shore, 4th Floor
Long Beach, CA 90802-4210
562-951-4500

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. GIOVANNETTI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (HUMBOLDT STATE UNIVERSITY), a public entity.<br><br>Defendants. | Case No.: C 04-5514 **NJV**<br><br>**HUMBOLDT STATE UNIVERSITY'S SUPPLEMENTAL MOTION IN LIMINE NO. 8** |

8. **MOTION TO EXCLUDE ANY EVIDENCE OR CLAIMS REGARDING THE DENIAL OF PLAINTIFF'S PROMOTION TO FULL PROFESSOR**

**ORDER REQUESTED**

Humboldt State University moves this Court in limine for an order to instruct plaintiff, his attorneys, and his witnesses not to attempt to introduce any evidence, testimony, argument, claim, or documents purportedly related to the denial of plaintiff's

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

HUMBOLDT STATE UNIVERSITY'S SUPPLEMENTAL MOTION IN LIMINE

request for promotion from associate professor to full professor.

## BASIS FOR MOTION

On July 6, 2007, plaintiff Giovannetti filed an administrative grievance that "[o]n May 30, 2007, HSU President Rollin Richmond wrongly denied the promotion of Associate Professor Joseph M. Giovannetti to Full Professor." The grievance states, among other things, that "administrators Robert Snyder, Richard Vrem, and Rollin Richmond did not give careful consideration to a broad cross-section of my student teaching evaluations for any of the past five academic years."

The motion in limine should be granted for at least two reasons.

First, any "promotion denial" claim is completely outside the complaint filed by plaintiff in this action, and there has been no opportunity to conduct discovery on such a claim. It would be manifestly prejudicial to the University to allow plaintiff to introduce an entirely new claim on the eve of trial. As discussed in defendant's trial brief, the District Court has carefully delineated the issues remaining to be tried in this case in its Order Granting Partial Summary Judgment.

Second, plaintiff is precluded as a matter of law from asserting any Title VII claim based on the denial of promotion at this junction. Plaintiff is required to exhaust the administrative remedies provided by the EEOC as a precondition to bringing a civil action for discrimination or retaliation in the workplace. See 42 U.S.C. § 2000e-5(f)(1); see also *Delaware State College v. Ricks*, 449 U.S. 250, 256-57 (1980). Defendant is unaware of any EEOC claim, or "right to sue" letter issued by the EEOC concerning plaintiff's latest grievance.

Dated: August 2, 2007

MITCHELL, BRISSO, DELANEY & VRIEZE

By: /s/ William F. Mitchell
Paul A. Brisso
William F. Mitchell
Attorneys for Defendant
Humboldt State University

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

HUMBOLDT STATE UNIVERSITY'S SUPPLEMENTAL MOTION IN LIMINE

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Humboldt, over the age of eighteen years and not a party to or interested in the within entitled cause, my business address is 814 Seventh Street, Eureka, California.

On this date, I served the following documents:

**DEFENDANT HUMBOLDT STATE UNIVERSITY'S SUPPLEMENTAL MOTION IN LIMINE NO. 8**

__X__ By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and mailing on this date and at the place shown, to the party(ies) and at the address(es) set forth below. I am readily familiar with the practice of this business for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, they are deposited in the ordinary course of business with the United States Postal Service at Eureka, California.

__X__ By personally delivering a true copy thereof to the party(ies) and at the address(es) as set forth below.

_____ By personally faxing a true copy thereof to the party(ies) and at the facsimile number(s) as set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 3, 2007, at Eureka, California.

Kathy Parker

*Via First-class Postage*
J. Bryce Kenny, Esq.          *Attorney for Plaintiff*
350 E Street, Ste. 402
Eureka, CA 95501

*Via Hand-Delivery, to be delivered when office is open on Monday, 8-6:*
Magistrate Judge Nandor J. Vadas
U.S. Dist. Court for No. California
514 H Street
Eureka, CA 95501