United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GIOVANNETTI, | No. C 04-5514 NJV |
| Plaintiff, | ORDER |
| vs. | |
| TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (HUMBOLDT STATE UNIVERSITY) | |
| Defendants. | |

Application having been made by Plaintiff for hearing on motion for late disclosure of expert witness and for continuance of trial date, IT IS ORDERED that a hearing on the motion will be heard October 17, 2007 at 10:00 a.m.  Opposition to said motion, if any,  shall be filed by close of business October 16, 2007.

IT IS SO ORDERED.

Dated: 10/15/07

NANDOR J. VADAS
United States Magistrate Judge